1  TRINETTE G. KENT (State Bar No. 025180)
2  KENT LAW OFFICES
   10645 North Tatum Blvd., Suite 200-192
3  Phoenix, AZ 85028
4  Telephone: (480) 247-9644
   Facsimile: (480) 717-4781
5  E-mail: tkent@kentlawpc.com

6
7  *Attorneys for Plaintiff,*
   *Chad Hassell*
8
9              IN THE UNITED STATES DISTRICT COURT
10                  FOR THE DISTRICT OF ARIZONA

11 | Chad Hassell, | Case No.: CV-15-01127-PHX-GMS |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF SERVICE OF** |
| | **ORDER REGARDING MOTIONS** |
| Experian Information Solutions, Inc., an Ohio corporation, | |
| Defendants. | |

1

1 | NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Experian Information Solutions, Inc., in the above-captioned case have reached a settlement. Plaintiff anticipates filing a Stipulation and Order of Dismissal with Prejudice as to Defendant, Experian Information Solutions, Inc., pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this __10th__ Day of August, 2015

                          KENT LAW OFFICES

                          By: __/s/ *Trinette G. Kent*__
                          Trinette G. Kent
                          Attorneys for Plaintiff,
                          Chad Hassell