# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chad Hassell,<br><br>            Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated,<br><br>            Defendant. | No. CV-15-01127-PHX-GMS<br><br>**ORDER** |

Pursuant to Stipulation for Dismissal (Doc. 13) and good cause appearing,

**IT IS SO ORDERED** that Defendant Experian Information Solutions, Inc. ("Experian") is dismissed with prejudice. Each party shall bear his or its own attorneys' fees and costs included herein.

Dated this 15th day of September, 2015.

_____
Honorable G. Murray Snow
United States District Judge